# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| A RESIDENCE LOCATED AT 1220 NORTHEAST 46TH TERRACE, KANSAS CITY, MISSOURI, LOCATED IN THE WESTERN DISTRICT OF MISSOURI | No. 21-SW-00325-WBG |

## MOTION TO UNSEAL SEARCH WARRANT

The United States of America, by and through its undersigned attorneys, respectfully submits this motion to unseal the search warrant and application previously issued in the above-referenced matter.

The Court issued the above-referenced search warrant on June 29, 2021, and upon the Government's motion placed the application under seal because the investigation was ongoing.

The Government submits that the search warrant application does not need to remain sealed to protect the integrity of any ongoing investigation. Further, the Government must provide the application and warrant as part of its discovery in Case No. 22-00237-01/10-CR-W-RK, *United States v. Ryan Findley, et al.*

WHEREFORE, the United States respectfully requests that the Court enter an order unsealing the search warrant and application.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By  /s/ D. Michael Green

D. Michael Green
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122